**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE ROBERT E. BLACKBURN**

Civil Action No. 07-cv-00238-REB-PAC

PHATRAT TECHNOLOGY, LLC,

    Plaintiff,

vs.

APPLE, INC., and NIKE, INC.

    Defendants.

_____

**ORDER GRANTING MOTION FOR A STAY TO ALLOW
THE PARTIES TO EFFECTUATE THE TERMS OF THEIR SETTLEMENT**
_____

**Blackburn, J.**

The parties to this suit – Plaintiff, PhatRat Technology, LLC, and Defendants Apple, Inc. and NIKE, Inc. – have represented to the Court that they have entered into a Confidential Settlement Agreement that completely and finally resolves their dispute. The parties also have represented to the Court that terms of the Confidential Settlement Agreement require the parties to perform specified obligations within the next thirty (30) days and, once these obligations are satisfied, to file an agreed to Stipulation and Proposed Order of Dismissal With Prejudice. The parties have asked the Court to stay all proceedings in this suit and to vacate all existing deadlines in this suit to give them sufficient time to perform and to complete their obligations under the Confidential

Settlement Agreement.

Based on the above representations, the Court finds good cause to grant the parties' request for a stay.

**THEREFORE, IT IS ORDERED** as follows:

1. All proceedings in this suit are immediately STAYED until May 16, 2007, to permit the parties to effectuate the terms of their settlement;

2. All existing deadlines in this suit are VACATED;

3. The parties shall file a Stipulation and Proposed Order of Dismissal With Prejudice on the completion of their obligations under the Confidential Settlement Agreement; and

4. The parties shall submit their dismissal documents on or before **May 21, 2007**.

Dated April 13, 2007, at Denver, Colorado.

                **BY THE COURT:**

                s/ Robert E. Blackburn
                **Robert E. Blackburn**
                **United States District Judge**