**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE ROBERT E. BLACKBURN**

Civil Action No. 07-cv-00238-REB-PAC

PHATRAT TECHNOLOGY, LLC,

    Plaintiff,

vs.

APPLE, INC., and NIKE, INC.

    Defendants.

_____

## ORDER OF DISMISSAL
_____

**Blackburn, J.**

    The matter comes before the court on the **Stipulation and [Proposed] Order of Dismissal With Prejudice** [#17], filed May 15, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation and [Proposed] Order of Dismissal With Prejudice** [#17], filed May 15, 2007, is **APPROVED**; and

    2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated June 7, 2007, at Denver, Colorado.

    **BY THE COURT:**

    **s/ Robert E. Blackburn**
    **Robert E. Blackburn**
    **United States District Judge**